FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA    2019 NOV -4  A 11: 15

ALEXANDRIA DIVISION    CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-472 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| FRANTZ ROSEMOND, | ) | Court Date: November 13, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7813489)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 3, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, FRANTZ ROSEMOND, did unlawfully drive a vehicle on a highway recklessly or at a speed or in a manner as to endanger the life, limb, or property of any person.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-852, 1950, as amended)

(COUNT II – Petty Offense)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 3, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, FRANTZ ROSEMOND, did unlawfully transport a firearm in a manner prohibited by local Department of Defense installation regulations.

(Violation of Title 32 Code of Federal Regulations, Sec. 210.3(c) and (d); adopting Marine Corps Installations National Capitol Region-Marine Corps Base Quantico Order 5501 (May 2019), encl. 1 para. 4)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 4 day of November 2019 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov